IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>) Criminal No.: 07-344<br>v. )<br>) Judge Gary L. Lancaster<br>ALFONSO ANTONIO COSTA ) | AND NOW, THIS 8th DAY OF<br>Sept 08, IT IS HEREBY<br>ORDERED THAT THE WITHIN<br>MOTION IS DENIED.<br><br>/s/ Gary L. Lancaster<br>GARY L. LANCASTER,<br>UNITED STATES DISTRICT JUDGE |

DEFENDANT'S MOTION TO REDUCE THE
SENTENCE OF HOME CONFINEMENT

NOW COMES Defendant, Alfonso A. Costa, by and through his counsel, David J. Armstrong, Esq. and Dickie, McCamey & Chilcote, P.C., and respectfully requests the Court to abbreviate the year of home confinement to the six months of home confinement already served by the Defendant and in support thereof, sets forth the following:

1. Alfonso A. Costa, Defendant, waived indictment and pleaded guilty to a one count Information, charging him with health care fraud in violation of Title 18, United States Code, Section 1347.

2. At his sentencing hearing on March 20, 2008, Mr. Costa was sentenced to probation for a term of three years with the first year of home confinement with electronic monitoring.

3. As of September 20, 2008, Mr. Costa has served the first six months of his three year term of probation and the first six months of the one year of home confinement with electronic monitoring.

4. Mr. Costa has been in compliance with all of the provisions of his sentencing judgment.