IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No.: 07-00344-001 |
| vs. ) | |
| ) | Judge Gary L. Lancaster |
| ALFONSO ANTONIO COSTA ) | |

**ORDER OF COURT**

AND NOW, to-wit, this ___19___ day of ___March___, 2010, in consideration of the Defendant's Motion to Terminate Probation, it is ORDERED, ADJUDGED and DECREED that the probation of the defendant is hereby reduced from thirty-six (36) months to twenty-four (24) months ending March 20, 2010.

BY THE COURT:

_____ J.

CC: All Counsel
U.S. Probation
U.S. Marshal